B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF ILLINOIS

In re: Trans Coastal Supply Company, Inc. _____   Case No  15-71147 _____
_____Debtor_____                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|              | AMOUNT | SOURCE |
|--------------|--------|--------|
| Debtor:      |        |        |
| Current Year (2015): | $7,190,445.48 | Debtor |
| Previous Year 1 (2014): | $365,652,286.36 | Debtor |
| Previous Year 2 (2013): | $543,212,264.00 | Debtor |
| Joint Debtor: | N/A | |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|--|--------|--------|

**3. Payments to creditors**

***Complete a. or b., as appropriate, and c.***

None

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of

goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor:<br>US Bank<br>PD-OR-P6SA<br>Attn:  Ms. Elizabeth C. Hengeveld<br>555 SW Oak<br>Suite 600-P<br>Portland, OR 97204 | 05/15/2015,<br>05/26/2015,<br>05/26/2015,<br>05/27/2015,<br>06/23/2015,<br>06/30/2015,<br>07/15/2015,<br>07/15/2015 | $278,383.71 | $1,560,000.00 |
| Lansing Vermont<br>P. O. Box 741671<br>Atlanta, GA 30374-1671 | 101 separate credit memos (payments) from 04/20/15 through 07/10/2015 | $173,225.00 | $529,764.30 |
| 1st Farm Credit<br>2000 Jacobssen Dr.<br>Normal, IL 61761 | 06/09/2015 | $11,788.92 | $230,600.00 |
| The Scoular Company<br>10801 Mastin Blvd.<br>Overland Park, KS 66210 | discount on services in Kansas City given as credit against accounts payable, accounts receivable not paid | $13,740.00 | $380,212.52 |

None
☐

*c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Debtor:
Pamela D. Moses
1590 E. 1550 North Road
Taylorville, IL 62568
Relationship to Debtor:

10/20/2014 to
07/02/2015 -
Reimbursement for
expenses (travel,
business licenses,
gasoline, repairs
and maintenance,
etc.

$1,378.15

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor:<br>Trans Coastal Supply Company, Inc. vs. Syngenta Ag, et al<br>Case Number: 14-2221 | GMO contamination damages suit | U.S. District Court Urbana, Illinois | Pending |
| Trans Coastal Supply Company, Inc. vs. PAC Global Solutions, Inc.<br>Case Number: BER-L-7242-14 | Sued by debtor alleging failure of defendants to pay for six shipments of DDGS. | Superior Court of New Jersey<br>Bergen County, New Jersey | Resolved by mediation July 2015 for $100,000.00 settlement in favor of Trans Coastal Supply Company, Inc. to be paid in installments |
| Trans Coastal Supply Company, Inc. vs. Non Metals<br>Case Number: 14-L-137 | Contract Default | Circuit Court Macon County, Illinois | Pending |
| J.D. Heiskell Holdings, LLC vs. Trans Coastal Supply Company, Inc.<br>Case Number: 8:14-cv-00277 | Contract Default | U.S. District Court for the District of Nebraska Omaha, Nebraska | Dismissed |
| Gavilon vs. Trans Coastal Supply Company, Inc.<br>Case Number: 8:14-cv-399 | Contract Default | U.S. District Court for the District of Nebraska Omaha, Nebraska | Dismissed |
| Three Rivers vs. Trans Coastal Supply Company, Inc.<br>Case Number: 2014-CI-0426 | Contract Default and Counterclaim | Coshocton, OH | Pending |
| Trans Coastal Supply Company, Inc. vs. Three Rivers<br>Case Number: 2014-CI-0426 | Counterclaim about quality of product purchased | Coshocton, OH | Pending |
| Archer Daniels Midland Company vs. Trans Coastal Supply Company, Inc.<br>Case Number: 14-LM-790 | Contract Default | Circuit Court Macon County, Illinois | Stipulated Judgment entered June 26, 2015 for $185,264.01 plus costs of suit |

| | | | |
|---|---|---|---|
| Evergreen vs. Trans Coastal Supply Company, Inc. Case Number: 15-cv-2755 | Contract Default | New York | Pending |
| Valero Marketing and Supply Company Case Number: 15-L-49 | Contract Default | Circuit Court Macon County, Illinois | Pending |
| J.D. Heiskell Holdings, LLC vs. Trans Coastal Supply Co., Inc. Case Number: 2:15-cv-02120 | Contract Default | U.S. District Court Urbana, Illinois | Pending |
| Commodity Specialists Company vs. Trans Coastal Supply Company, Inc. Case Number: 15-L-72 | Contract Default | Circuit Court Macon County, Illinois | Pending |
| China Shipping vs. Trans Coastal Supply Company, Inc. Case Number: Unknown - was filed last week | Contract Default - $358,205.00 | California | Notified by China Shipping but have not been served with process |
| Nationwide Mutual Insurance Company vs. Allen W. King, Inc. et al/Trans Coastal Supply Co., Inc./Broker's Surety Bond No. BD 7900674468 Case Number: 1:15-cv-04105 | Broker's bond interpleader action | U.S. District Court for the Northern District of Illinois | The case was filed on May 8, 2015. No orders have been entered at this time. The two stockholders of the company paid a total of $75,000 in to the interpleader action.  It is unknown which trucking companies will be paid on the bond or how much those payments will be. |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for

☐   consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>Richardson & Erickson<br>132 South Water Street, Suite 444<br>Decatur, IL 62523 | 10/08/2014<br>12/15/2014<br>06/17/2014<br>07/22/15<br>07/23/15 | $5,000.00<br>$2,500.00<br>$5,000.00<br>$14,000.00<br>$2,717.00 |

---

**10. Other transfers**

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Debtor:<br>Prairie Creek Grain Co., Inc.<br>P. O. Box 9<br>Elwood, IL 60421<br>Relationship to Debtor: Vendor - company affiliated with<br>Robert Briscoe | mid 2014 | In mid 2014 the Debtor sold miscellaneous office equipment to Prairie Creek for approximately $7,440.00<br>Value: $7,440.00 |

None
☒   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

| | | |
|---|---|---|
| Debtor:<br>US Bank<br>PD-OR-P6SA, Attn:  Ms. Elizabeth C. Henegeveld,<br>555 SW Oak, Suite 600-P<br>Portland, OR 97204 | Type of Account: checking<br>Account Number: 6800<br>Final Balance: $0.00 | 10/2014 |
| ADM Investor Services<br>141 West Jackson Blvd., Suite 1600A<br>Chicago, IL 60604 | Type of Account: Hedge<br>Account Number: 370-70125<br>Final Balance: $920.22 | |
| FC Stone<br>1155 Parkway Drive, Suite 400<br>Zionsville, IN 46077 | Type of Account: Hedge<br>Account Number: 40537<br>Final Balance: $95,156.38 | 9/2014 |
| FC Stone<br>1155 Parkway Drive, Suite 400<br>Zionsville, IN 46077 | Type of Account: Hedge<br>Account Number: 41855<br>Final Balance: $47,636.48 | 9/2014 |

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF BANK OR<br>OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF<br>CONTENTS | DATE OF<br>TRANSFER<br>OR SURRENDER,<br>IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF<br>SETOFF | AMOUNT<br>OF SETOFF |
|---|---|---|
| Debtor:<br>The Scoular Company<br>10801 Mastin Blvd.<br>Overland Park, KS 66210 | 07/23/2015 | $7,115.00 |

---

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS | DESCRIPTION AND |
|---|---|

| OF OWNER | VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Debtor:<br>Export Ag Company, LLC<br>1590 E. 1500 North Road<br>Taylorville, IL 62568 | American Nucor Building (uninstalled)<br>$163,000.00 | 2803 N. 22nd Street, Decatur, IL |
| Prairie Creek Logistics, LLC<br>P. O. Box 30<br>Elwood, IL 60421-0030 | 6 Semi Trucks - Peterbuilt/Volvo<br>$270,000.00 | 2803 N. 22nd Street, Decatur, IL |
| Stacy Soliday<br>P. O. Box 234<br>Stonington, IL 62567 | Cabinets in office, grill, picnic table, desk<br>$3,500.00 | 2803 N. 22nd Street, Decatur, IL |
| Hankins Contracting<br>3818 Parallel Pkwy<br>Kansas City, KS 66104 | Trucks, shop tools<br>Unknown | 1616 Argentine Blvd., Kansas City, KS |
| MIGI Labs<br>P. O. Box 2502<br>Carol Stream, IL 60132-2502 | Lab equipment<br>Unknown | 1616 Argentine Blvd., Kansas City, KS |

---

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor:<br>451 W. Lambert Rd., #216<br>Brea, CA 92821 | Trans Coastal Supply Company, Inc. | 2009 - 01/2015 |
| 1201 Grand Avenue<br>West Des Moines, IA 50265 | Trans Coastal Supply Company, Inc. | 04/2012 - 04/2014 |
| 7370 Borman Ave. East<br>Inver Grove Heights, MN 55076 | Trans Coastal Supply Company, Inc. | 2009 - 09/2014 |

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| LAST FOUR DIGITS OF SOCIAL-SECURITY | | BEGINNING |
|---|---|---|

| NAME | OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | AND ENDING DATES |
|---|---|---|---|---|
| Debtor: Trans Coastal Export Company, Inc. | 4382 / 27-4824382 | 2803 N. 22nd Street Decatur, IL 62526 | U.S. exporter of agricultural commodities | Beginning Date: 01/20/2011 Ending Date: N/A - operating |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Debtor: David Stanko 42 Kingsley Way Glen Carbon, IL 62304 | May 2010 to February 2015 |
| Stacy Soliday P. O. Box 234 Stonington, IL 62567 | October 2007 to present |
| Jon White 621 S. McClellan St. Decatur, IL 62522 | October 2010 - October 2014 |

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Debtor: Sikich | 132 South Water Street, Suite 300 Decatur, IL 62523 | 2011-2013 audits |

Cindy McDonald, CPA          7315 W. Indian Trail Rd.          2008 -2013 taxes
                            Verona, IL 60479

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the
    books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Debtor:
Pam Moses                               1590 E. 1550 North Road
                                        Taylorville, IL 62568

Stacy Soliday                           P. O. Box 234
                                        Stonington, IL 62567

Cliff Beatty, CPA                       2705 Lincoln Trail
                                        Taylorville, IL 62568

Simmons, Hanly, Conroy                  One Court Street
                                        Alton, IL 62022

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

Debtor:
US Bank                                                 monthly 2013 - 2014

St. Louis, MO

1st Farm Credit                                         Annually 2008 - 2014
2000 Jacobssen Dr.
Normal, IL 61761

Adkins Energy LLC                                       annually
P. O. Box 227
Lena, IL 61048

ADM Grain                                              annually
1912 N. 2753 Rd.
Ottawa, IL 61350

ADM Grain Company                                      annually
DDGS Division, P. O. Box 2560
Decatur, IL 62525

Agniel Commodities                                     Annually
11 South Angell Street, Suite 352
Providence, RI 02906

Agridient                                              Annually
Iito Tower/12th Floor, Gustav Mahlerplein 80
1082 MA Amsterdam, The Netherlands

Andersons Albion Ethanol                               Annually
P. O. Box 119
Maumee, OH 43537

Andersons Marathon Ethanol, LLC                        Annually

P. O. Box 119
Maumee, OH 43537

American President Lines                                          Annually
Attn: Freight Cashier, 26 Century Blvd., Colonnade Level
Nashville, TN 37214

ASK RE Limited                                                   Annually
502 Tower 1, South Seas Center, 75 Mody Rd., Tssim Sa Tsui
Hong Kong, China

Aventine Renewable Energy,Inc.                                   Annually
P. O. Box 310363
Des Moines, IA   50331-0363

Benchmark Worldwide Logistics                                   Annually
P. O. Box 404
Elwood, IL 60421

Bunge North America                                             Annually
11720 borman Drive, P. O. Box 28500
St. Louis, MO 63146

C&L Global                                                       Annually
65 Railroad Ave., Suite 206
Ridgefield, NJ 07657

C&L Global
65 Railroad Ave., Suite 2067
Minnetonka, MN

Cargill, Inc.                                                    Annually
15407 McGinty East Rd., MS #20
Wayzata, MN 55391

Ceres Consulting, LLC                                           Annually
3808 Cookson Road
E. St. Louis, IL 62201-2126

China Shipping (North America) Agency
Att:  Scott Levine, 11 Philips Pkway
Montvale, NJ 07645

CHS, Inc.                                                        Annually
NW 9365, P O. Box 1450
Minneapolis, MN 55485

CMA CGM (America) LLC                                           Annually
5701 Lake Wright Dr.
Norfolk, VA 23502

Commodity Specialist Company                                    Annually
55 Corporate Woods, Suite 115
Overland Park, KS 66210

Consolidated Grain & Barge                                      Annually
Feed Ingredients Division #19, 23474 Network Place
Chicago, IL 60673-1234

Cosco Container Lines                                            Annually
333 E. Butterfield Road, Suite 830
Lombard, IL 60148

Didion Ethanol                                                    Annually
P. O. Box 400
Johnson Creek, WI 53038

Double T Trading                                                  Annually
P. O. Box 304
Roff, OK 74865

Elburn Cooperative Company                                       Annually
P. O. Box 189, 108 N. Main Street
Sycamore, IL 60178

Evergreen Line                                                   Annually
823 Commerce Dr., 2nd Floor
Oak Brook, IL 60523

FC Stone Merchant Services, LLC                                  Annually
1251 NW Briarcliff Parkway
Kansis City, MO 64116

FoodChina Company
FL9, #201, Sec 3, Nanking East Rd
Tapei City, Taiwan 104

Furst-McNess Company                                            Annually
120 E. Clark St.
Freeport, IL 61032

Gavilon Con Agra                                                Annually
24301 Network Place
Chicago, IL 60673-1243

GPC                                                             Annually

Muscatine, IA

Green Plains Shenandoah                                         Annually
4124 Airport Road
Shenandoah, IA 51601

Hanjin Shipping Co., Ltd.                                       Annually
3075 W. Ray Road, Suite 500
Chandler, AZ 85226

High Fortune                                                    Annually
30/F, Landmark Plaza, #89, Wusi Road
Fuzhou, China

Hyundai Merchant Marine                                         Annually
Freight Cashier Department, 9977 North 99th St., Suite 270
Scottsdale, AZ 85258

Ingredion Incorporated                                          Annually
12981 Collectons Center Dr.
Chicago, IL 60693

Interstate Commodities                                          Annually
P. O. Box 607
Troy, NY 12181

JD Heiskell & Co.                                               Annually

20010 Manderson Street
Elkhorn, NE 68022

Key Ingredients, Inc.                                         Annually
P. O. Box 337
Elk River, MN 55330

Land-O-Lakes                                                 Annually
P. O. Box 504125
St. Louis, MO 63150-4125

Lansing Vermont                                             Annually
P. O. Box 741671
Atlanta, GA 30374-1671

Mac Container Line                                          Annually
905 Calle Amanecer, Suite 340
San Clemente, CA 92673

Maersk Line                                                 Annually
9300 Arrowpoint Blvd.
Charlotte, NC 28273

Marquis Energy - Wisconsin                                 Annually
P. O. Box 349
Hennepin, IL 61327

Mediterranean Shipping Company, Inc.                       Annually
9701 W. Higgins Rd., Suite 600
Rosemont, IL 60018

Mitsui Osk Lines, Ltd.                                     Annually
P. O. Box 3289
Carol Stream, IL 60132-3289

Olen Commercial Realty Corp.                               Annually
P. O. Box 51915
Los Angeles, CA 90051-6215

PrairieCreek Grain                                         Annually
P. O. Box 9
Elwood, IL 60421

Prairie Creek Logistics                                    Annually
P. O. Box 30
Elwood, IL 60421

Perdue AgSolutions, LLC                                    Annually
P. O Box 200623
Pittsburgh, PA 15251-0623

Poet Nutrition                                             Annually
4506 N. Lewis Ave.
Sioux Falls, SD 57104

Principal Financial Group                                  Annually
PLIC - SBD Grand Island, P. O. Box 10372
Des Moines, IA 50306-0372

Renewable Products Marketing                               Annually
1157 Valley Park Drive
Shakopee, MN 55379

| | |
|---|---|
| Roquette America<br>1417 Exchange Street<br>Keokuk, IA 52632 | Annually |
| Sikich, LLP<br>132 S. Water St., Suite 300<br>Decatur, IL 62523 | Annually |
| The Andersons Clymers<br>P. O. Box 19<br>Maumee, OH 43537 | Annually |
| The Scoular Company<br>10801 Mastin Blvd.<br>Overland Park, KS 66210 | Annually |
| TSC Container Freight<br>250 Marquette Ave. South, Suite 150<br>Minneapolis , MN 55401 | Annually |
| U.S. Commodities, LLC<br>P. O. Box 1450<br>Minneapolis, MN 55485-7749 | Annually |
| United Arab Shipping Co.<br>511 South Ave.<br>Cranford, NJ 07016 | Annually |
| United Bio Energy Ingredients<br>#774209, 4209 Solutions Center<br>Chicago, IL 60677 | Annually |
| US Lines, LLC<br>5701 Lake Wright Drive<br>Norfolk, VA 23502 | Annually |
| Valero Marketing and Supply Co.<br>Attn:  Cash Management<br>San Antonio, TX 78269-6000 | Annually |
| World Distribution Services, LLC<br>P. O. Box 827506<br>Philadelphia, PA 19182-7506 | Annually |
| Yang Ming (America) Corp.<br>3025 Highland Parkway, Ste. 850<br>Downers Grove, IL 60515 | Annually |
| Three Rivers Ethanol<br><br>Coshocton, OH | Annually |

---

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DOLLAR AMOUNT
OF INVENTORY

| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |
|---|---|---|

Debtor:

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN | |
| DATE OF INVENTORY | OF INVENTORY RECORDS | |

Debtor:

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

N/A

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Pamela D. Moses<br>1590 E. 1550 North Road<br>Taylorville, IL 62568 | President | 50 |
| Robert Briscoe<br>100 W. Spring Road<br>Mazon, IL 60444 | Vice President | 50 |

---

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

N/A

None ☒ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

N/A

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

### 24. Tax Consolidation Group.

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER-IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| TRAPP 401K | 20-4877605 |

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  July 30, 2015                         Signature    /s/Pamela D. Moses

                                            Print Name
                                            and Title    Pamela D. Moses, President

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS

In re **Trans Coastal Supply Company, Inc.**_____,

*Debtor*

Case No. **15-71147**_____

Chapter **11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,000,000.00 | | |
| B - Personal Property | YES | 5 | $ 10,468,875.61 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 3,090,900.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 2,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 39 | | $ 33,810,794.41 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 52 | $ 11,468,875.61 | $ 36,904,194.41 | |

B6A (Official Form 6A) (12/07)

**In re** <u>Trans Coastal Supply Company, Inc.,</u>                    **Case No.** <u>15-71147</u>

                    **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Building<br><br>2803 N. 22nd Street, Decatur, IL 62526 | Fee Simple Ownership | | $1,000,000.00 | $375,000.00 |
| | | Total ▶ | $1,000,000.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re **Trans Coastal Supply Company, Inc.,**_____     Case No.   **15-71147**_____
                                    **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank checking account in Taylorville, Illinois | | $1.95 |
| | | First National Bank of Dwight, payroll checking account | | $1,167.87 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit Kansas City, Kansas | | $18,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art at Decatur office Decatur, Illinois | | $500.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Trans Coastal Supply Company, Inc.,** _____     Case No.   **15-71147**   _____
**Debtor**                                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | COBANK stock and deferred patronage | | $28,258.79 |
| | | First Farm Credit stock | | $2,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable at face value | | $8,406,447.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Case No. MDL#2591 - Pending lawsuit - Trans Coastal Supply Company, Inc. vs. Syngenta Ag, et al | | Unknown |
| | | Trans Coastal Supply Company, Inc. vs. PAC Global Solutions, Inc., Case No. BER-L-7242-14. Settled for $100,000.00 and awaiting payment | | $100,000.00 |

B 6B  (Official Form 6B) (12/2007)

In re  **Trans Coastal Supply Company, Inc.,** _____    Case No.   __15-71147_____

                                 **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Trans Coastal Supply Company, Inc. vs. Non Metals, Case No. 14-L-137.  Pending lawsuit | | Unknown |
| | | Three Rivers vs. Trans Coastal Supply Company, Inc., Case No. 2014-CI-0426 - pending counterclaim | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Chevy Silverado - 246,000 miles Decatur, Illinois | | $750.00 |
| | | 2003 Chrysler Van - 230,000 miles Decatur, Illinois | | $1,000.00 |
| | | 2011 Ford Escape - 160,000 miles Decatur, Illinois | | $5,000.00 |
| | | 2012 Honda Pilot - 42,000 miles Decatur, Illinois | | $20,000.00 |
| | | 2001 Ottawa Spotter Truck - hours unknown Decatur, Illinois | | $20,000.00 |
| | | 2011 Kalmar Spotter Truck - low hours Decatur, Illinois | | $50,000.00 |
| | | 10 ft. two-wheel single axle trailer Decatur, Illinois | | $250.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Trans Coastal Supply Company, Inc.,**                                    Case No.    **15-71147**
_____                                              _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
|  |  | Three 2011 Kalmar Spotter Trucks - low hours Kansas City, Kansas |  | $150,000.00 |
|  |  | Rail King Kansas City, Kansas |  | $100,000.00 |
|  |  | Telehandler |  | $15,000.00 |
|  |  | Fork lift |  | $2,000.00 |
| 26. Boats, motors, and accessories. | X |  |  |  |
| 27. Aircraft and accessories. | X |  |  |  |
| 28. Office equipment, furnishings, and supplies.. |  | Desks, chairs, and computers Decatur, Illinois |  | $20,000.00 |
|  |  | Desks, chairs and computers Kansas City, Kansas |  | $2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. |  | Loading Equipment 1616 Argentine facility in Kansas City, Kansas |  | $1,500,000.00 |
|  |  | Loading Equipment 1102 N. 18th Street, Decatur, Illinois |  | $20,000.00 |
| 30. Inventory. |  | Cardboard/Lumber Kansas City, Kansas |  | $5,000.00 |
|  |  | Cardboard/Lumber Decatur, Illinois |  | $1,500.00 |
| 31. Animals. | X |  |  |  |
| 32. Crops - growing or harvested. Give particulars. | X |  |  |  |
| 33. Farming equipment and implements. | X |  |  |  |

B 6B  (Official Form 6B) (12/2007)

In re  **Trans Coastal Supply Company, Inc.,**_____     Case No.    **15-71147**_____
_____ **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_4_ continuation sheets attached      Total ▶                    $10,468,875.61
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re **Trans Coastal Supply Company, Inc.** ,   Case No. **15-71147**
_____   _____
                                 Debtor                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**1st Farm Credit**<br>**2000 Jacobssen Dr.**<br>**Normal, IL 61761** | | | **2012**<br><br>**Mortgage on Decatur premises refinanced in 2012**<br>VALUE $**$1,000,000.00** | | | | **$230,600.00** | **$0.00** |
| Additional Contacts for 1st Farm Credit:<br><br>**Mark Bogdanowicz**<br>**Howard & Howard**<br>**One Technology Plaza**<br>**211 Fulton Street, Suite 600**<br>**Peoria, IL 61602** | | | | | | | | |
| ACCOUNT NO.<br>**RSB Agri Services**<br>**Attn:  Robert Briscoe**<br>**100 W. Spring Road**<br>**Mazon, IL 60444** | | | **December 2014**<br><br>**Second mortgage on Decatur premises**<br>VALUE $        $0.00 | | | | **$144,500.00** | **$0.00** |
| ACCOUNT NO.<br>**US Bank**<br>**PD-OR-P6SA**<br>**Attn:  Ms. Elizabeth C. Hengeveld**<br>**555 SW Oak**<br>**Suite 600-P**<br>**Portland, OR 97204** | X | | **December 2013**<br><br>**Equipment at Kansas City facility**<br>VALUE $ $1,500,000.00 | | | | **$1,155,800.00** | **$0.00** |

_1_ continuation sheets
    attached

Subtotal ▶
(Total of this page)
$ **1,530,900.00**   $ **0.00**

Total ▶
(Use only on last page)
$   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Trans Coastal Supply Company, Inc.**                    , Case No. **15-71147**
                 **Debtor**                                                      **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**US Bank**<br>**PD-OR-P6SA**<br>**Attn: Ms. Elizabeth C. Hengeveld**<br>**555 SW Oak**<br>**Suite 600-P**<br>**Portland, OR 97204** | X | | **April 2013**<br><br>Line of credit loan; receivables and intangibles. The $1,000,000.00 property value does See Attachment 1<br>VALUE $ **$1,000,000.00** | | | | **$1,560,000.00** | **$0.00** |
| ACCOUNT NO.<br>**XXThis space intentionally left blank due to options in bankruptcy program** | | | VALUE $ **$0.00** | | | | **$0.00** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)▶<br>(Total(s) of this page) | $ **1,560,000.00** | $ **0.00** |
| Total(s) ▶<br>(Use only on last page) | $ **3,090,900.00** | $ **0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

# Attachment

**Attachment 1**

**Attachment 1**

not include a probable lien on all litigation which Debtor may obtain recovery from.

B 6E (Official Form 6E) (04/13)

**In re** <u>Trans Coastal Supply Company, Inc.</u> ,    Case No. <u>15-71147</u>
                    Debtor                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  1  </u> continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re  Trans Coastal Supply Company, Inc.        ,        Case No.  15-71147 _____
              **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br> **Stacy Soliday** <br> **P. O. Box 234** <br> **Stonington, IL 62567** | | | **Wages, Salaries, Commissions** | | | | $2,500.00 | $2,500.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ <br> (Totals of this page) | $ **2,500.00** | $ **2,500.00** | **$0.00** |
| Total▶ <br> (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ **2,500.00** | | |
| Totals▶ <br> (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **2,500.00** | $ **0.00** |

B 6F (Official Form 6F) (12/07)

In re **Trans Coastal Supply Company, Inc.**_____, Case No. **15-71147**_____
                          Debtor                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Adkins Energy, LLC**<br>**P. O. Box 227**<br>**Lena, IL 61048** | | | **August 2014**<br><br>**Goods purchased** | | | | **$174,209.70** |
| **ACCOUNT NO.**<br><br>**ADM Grain**<br>**1912 N. 2753 Rd.**<br>**Ottawa, IL 61350** | | | **July 2014**<br><br>**Barge loading services** | | | | **$39,406.43** |
| **ACCOUNT NO.**<br><br>**ADM Grain Company**<br>**DDGS Division**<br>**P. O. Box 2560**<br>**Decatur, IL 62525** | | | **August 2014**<br><br>**Goods purchased** | | | | **$144,483.56** |
| **Additional Contacts for ADM Grain Company:**<br><br>**Jerrold Stocks**<br>**Featherstun, Gaumer,**<br>**Postlewait, Stocks, Flynn**<br>**& Hubbard**<br>**P. O. Box 1760**<br>**Decatur, IL 62525** | | | | | | | |

Subtotal► $   **358,099.69**

_**38**_ continuation sheets attached

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,        Case No. **15-71147**
_____
Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Agniel Commodities<br>11 South Angell Street<br>Suite 352<br>Providence, RI 02906 | | | July 2014<br><br>Brokerage services | | | | $91,483.82 |
| ACCOUNT NO.<br><br>Agridient<br>Iito Tower/12th Floor<br>Gustav Mahlerplein 80<br>1082 MA Amsterdam<br>THE NETHERLANDS | | | February 2014<br><br>Goods purchased | | | | $23,428.04 |
| ACCOUNT NO.<br><br>Allen W. King, Inc.<br>P. O. Box 627<br>Marion, AR 72364 | | | August 2014<br><br>Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $4,299.54 |
| ACCOUNT NO.<br><br>American President Lines<br>Attn:  Freight Cashier<br>26 Century Blvd.,<br>Colonnade Level<br>Nashville, TN 37214 | | | August 2014<br><br>Ocean freight | | | | $216,664.03 |

Sheet no. **1** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **335,875.43**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                Case No. **15-71147**
       **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Ameropa Ag 1 Temasek Avenue #31-02 Millenia Tower Singapore, Singapore 039192** | | | **January 2015** <br><br> **Contract cancellation charges** | | | | **$260,000.00** |
| **ACCOUNT NO.** <br><br> **Andersons Albion Ethanol P. O. Box 119 Maumee, OH 43537** | | | **August 2014** <br><br> **Goods purchased and cancellation charges** | | | | **$145,108.93** |
| **ACCOUNT NO.** <br><br> **Andersons Marathon Ethanol, LLC P. O. Box 119 Maumee, OH 43537** | | | **August 2014** <br><br> **Goods purchased and cancellation charges** | | | | **$106,760.72** |
| **ACCOUNT NO.** <br><br> **Ask Re Limited 502 Tower 1 South Seas Center 75 Mody Rd. Tssim Sa Tsui Hong Kong, CHINA** | | | **June 2014** <br><br> **Brokerage services** | | | | **$23,616.16** |

Sheet no. **2** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **535,485.81**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Trans Coastal Supply Company, Inc.**          ,          Case No. **15-71147**

_____Debtor_____                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Atlas Physical Products, LLC 4203 Montrose Blvd. Suite 650 Houston, TX 77006** | | | **August 2014** **Brokerage services** | | | | **$1,000.00** |
| **ACCOUNT NO.** **Aventine Renewable Energy, Inc. P. O. Box 310363 Des Moines, IA 50331** | | | **August 2014** **Goods purchased** | | | | **$439,823.90** |
| **ACCOUNT NO.** **B & B Brokerage Service c/o Yankton Factoring 3990 W 350 S Chalmers , IN 47929** | | | **August 2014** **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$14,518.11** |

**Additional Contacts for B & B Brokerage Service:**

**Yankton Factoring
c/o B&B Brokerage
Service
P. O. Box 217
Yankton, SD 57078**

Sheet no.__**3**__of __**38**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **455,342.01**

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,          Case No. **15-71147**
        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Benchmark Worldwide Logistics <br> P. O. Box 404 <br> Elwood, IL 60421 | | | **August 2014** <br><br> **Professional services** | | | | $14,922.56 |
| **ACCOUNT NO.** <br><br> Breen Communications Co. <br> 1232 Wauponsee <br> P. O. Box 81 <br> Morris, IL 60450 | | | **June 2014** <br><br> **Phone system repairs** | | | | $1,992.99 |
| **ACCOUNT NO.** <br><br> Buhs Agri-Intermodal Services, LLC <br> P. O. Box 6 <br> Gibson City, IL 60936 | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $75,009.80 |
| **ACCOUNT NO.** <br><br> Bunge North America <br> 11720 Borman Drive <br> P. O. Box 28500 <br> St. Louis, MO 63146 | | | **August 2014** <br><br> **Goods purchased and cancellation** | | | | $362,483.83 |

Sheet no. **4** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **454,409.18**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**          ,          Case No. **15-71147**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**C & B Trucking STP, Inc.**<br>**458 Highway 37 N**<br>**P. O. Box 42**<br>**Weiner, AR 72479** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$2,336.47** |
| **ACCOUNT NO.**<br><br>**C&L Global**<br>**65 Railroad Ave.**<br>**Suite 206**<br>**Ridgefield, NJ 07657** | | | **August 2014**<br><br>**Ocean freight** | | | | **$13,249.50** |
| **ACCOUNT NO.**<br><br>**Calland Ag. Transport, LLC**<br>**4977 Idle Road**<br>**Urbana, OH 43078** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$27,721.48** |
| **ACCOUNT NO.**<br><br>**Cargill, Inc.**<br>**Attn:  Paul Calahan**<br>**MS#136**<br>**9320 Excelsior Blvd.**<br>**Hopkins, MN 55343** | | | **August 2014**<br><br>**Goods purchased and cancellation charges** | | | | **$594,357.52** |

Sheet no. __**5**__ of __**38**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **637,664.97**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Cargill, Inc.:**<br><br>**Genny Strumpf**<br>**CKB Firm**<br>**30 N. LaSalle St.**<br>**Suite 1520**<br>**Chicago, IL 60602** | | | | | | | |
| ACCOUNT NO.<br><br>**Ceres Commodities Pvt. Ltd.**<br>**P O. Box 3099**<br>**Road Town**<br>**Tortola, British Virgin Islands** | | | **August 2014**<br><br>**Brokerage services** | | | | **$30,342.70** |
| ACCOUNT NO.<br><br>**Ceres Consulting, LLC**<br>**3808 cookson Road**<br>**East St. Louis, IL 62201** | | | **August 2014**<br><br>**Barge freight** | | | | **$348,184.00** |
| ACCOUNT NO.<br><br>**Cherokee Trucking**<br>**28 Park Forest Ct.**<br>**Crawfordsville, IN 47933** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$3,597.20** |

Sheet no. __6__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **382,123.90**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,          Case No. **15-71147**
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Chicoda Carriers, Inc.** <br> **108 South 6th St.** <br> **Suite 202** <br> **Beatrice, NE 68310** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$537.90** |
| **ACCOUNT NO.** <br><br> **China Shipping (North America) Agency** <br> **Attn:  Scott Levine** <br> **11 Philips Pkwy** <br> **Montvale, NJ 07645** | | | **August 2014** <br><br> **Ocean freight** | | | | **$358,205.00** |
| Additional Contacts for China Shipping (North America) Agency: <br><br> **Clyde & Co.** <br> **Attn: Joseph Walsh II** <br> **4695 MacArthur Ct.** <br> **Suite 100** <br> **Newport Beach, CA 92660** | | | | | | | |
| **ACCOUNT NO.** <br><br> **CHS, Inc.** <br> **NW 9365** <br> **P. O. Box 1450** <br> **Minneapolis, MN 55485** | | | **August 2014** <br><br> **Goods purchased and cancellation charges** | | | | **$12,103,416.28** |

Sheet no. __**7**__ of __**38**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **12,462,159.18**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
   **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Additional Contacts for CHS, Inc.: Gray Plant Mooty Attn: Phillip L. Kunkel 1010 West St. German Suite 600 St. Cloud, MN 56301-3406 | | | | | | | |
| ACCOUNT NO. CMA CGM (America) LLC 5701 Lake Wright Dr. Norfolk, VA 23502 | | | August 2014 Ocean freight | | | | $150,492.01 |
| ACCOUNT NO. Commodity Specialist Company 55 Corporate Woods Suite 115 Overland Park, KS 66210 | | | August 2014 Goods purchased and cancellation charges | | | X | $974,654.73 |
| Additional Contacts for Commodity Specialist Company: Teller, Levit & Silvertrust, PC Attn: Kevin E. Posen 19 S. LaSalle Suite 701 Chicago, IL 60603 | | | | | | | |

Sheet no. **8** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,125,146.74**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                    Case No. **15-71147**
　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Consolidated Grain & Barge Feed Ingredients Division #19 23474 Network Place Chicago, IL 60673-1234** | | | **August 2014** **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$427.16** |
| **ACCOUNT NO.** **Cosco Container Lines 333 E. Butterfield Road Suite 830 Lombard, IL 60148** | | | **August 2014** **Ocean freight** | | | | **$304,063.65** |
| **ACCOUNT NO.** **Dave Gagnon Trucking P. O. Box 170 Morocco, IN 47963** | | | **August 2014** **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$2,998.97** |
| **ACCOUNT NO.** **David Prasun Trucking 601 West 2nd Stonington, IL 62567** | | | **August 2014** **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$1,733.11** |

Sheet no. **9** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $  **309,222.89**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**              ,          Case No. **15-71147**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Didion Ethanol P. O. Box 400 Johnson Creek, WI 53038 | | | August 2014 Goods purchased | | | | $425,342.76 |
| ACCOUNT NO. Double River Forwarding, LLC 6622 NE Sandy Blvd. Portland, OR 97213 | | | August 2014 Professional services | | | | $9,488.50 |
| ACCOUNT NO. Double T Trading P. O. Box 304 Roff, OK 74865 | | | August 2014 Goods purchased | | | | $10,344.00 |
| ACCOUNT NO. Elburn Cooperative Company P. O. Box 189 108 N. Main Street Sycamore, IL 60178 | | | August 2014 Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $9,906.17 |

Sheet no. **10** of **38** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **455,081.43**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**

Debtor    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Eurofins GeneScan**<br>**P. O. Box 2153**<br>**Dept. 1839**<br>**Birmingham, AL 35287** | | | **August 2014**<br><br>**Laboratory services** | | | | **$1,311.00** |
| **ACCOUNT NO.**<br><br>**Evergreen Line**<br>**823 Commerce Dr.**<br>**2nd Floor**<br>**Oak Brook, IL 60523** | | | **August 2014**<br><br>**Ocean freight** | | | | **$459,693.43** |
| Additional Contacts for Evergreen Line:<br><br>**Cichanowicz Callan**<br>**Keane Vengo**<br>**Attn: Joseph De May, Jr.**<br>**61 Broadway 3000**<br>**New York, NY 10006** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Export Ag Company, LLC**<br>**2803 N. 22nd St.**<br>**Decatur, IL 62526** | | | **September 2014 to December 2014**<br><br>**Unpaid lease payments** | | | | **$38,375.00** |

Sheet no. **11** of **38** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **499,379.43**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
               **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Farm Dog Trucking** <br> **497 East 1400 North Road** <br> **Pawnee, IL 62558-9315** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $12,129.08 |
| ACCOUNT NO. <br><br> **FC Stone Merchant Services, LLC** <br> **1251 NW Briarcliff Parkway** <br> **Kansas City, MO 64116** | | | **August 2014** <br><br> **Goods purchased** | | | | $25,251.58 |
| ACCOUNT NO. <br><br> **FedEx** <br> **P. O. Box 94515** <br> **Palestine, IL 60094-4515** | | | **August 2014** <br><br> **Shipping services** | | | | $6,120.17 |
| ACCOUNT NO. <br><br> **Feedwill Co., Ltd.** <br> **c/o HAOO Co., Ltd.** <br> **#702, Mapodae - RO 15** <br> **Mapo-Gu** <br> **Seoul, SOUTH KOREA** | | | **August 2014** <br><br> **Brokerage services** | | | | $3,793.13 |

Sheet no. **12** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **47,293.96**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                    Case No. **15-71147**
                    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Floyd Trucking**<br>**16978 South 1080 West**<br>**Goodland, IN 47948** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$8,585.71** |
| ACCOUNT NO.<br><br>**FoodChina Company**<br>**FL9**<br>**#201**<br>**Sec 3**<br>**Nanking East Rd.**<br>**Tapei City, TAIWAN 104** | | | **August 2014**<br><br>**Brokerage services** | | | | **$3,096.79** |
| ACCOUNT NO.<br><br>**Frontier Logistics, LP**<br>**1806 S. 16th St.**<br>**Laporte, TX 77571** | | | **August 2014**<br><br>**Transloading services** | | | | **$4,424.90** |
| ACCOUNT NO.<br><br>**Furst-McNess Company**<br>**120 E. Clark St.**<br>**Freeport, IL 61032** | | | **August 2014**<br><br>**Goods purchased** | | | | **$130,673.57** |

Sheet no. __**13**__ of __**38**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **146,780.97**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,          Case No. **15-71147**

_____Debtor_____                                    _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Gavilon Ingredients, LLC** <br> **1331 Capital Avenue** <br> **Omaha, NE 68102** | | | **August 2014** <br><br> **Goods purchased and cancellation charges** | | | | **$2,956,029.80** |
| Additional Contacts for Gavilon Ingredients, LLC: <br><br> **McGrath North Mullin & Kratz** <br> **Attn: James G. Powers** <br> **1601 Dodge St.** <br> **Suite 3700** <br> **Omaha, NE 68102** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Gerald E. Harms Trucking** <br> **P. O. Box 186** <br> **Cullom, IL 60929** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$644.00** |
| **ACCOUNT NO.** <br><br> **Green Plains Shenandoah** <br> **4124 Airport Road** <br> **Shenandoah, IA 51601** | | | **August 2014** <br><br> **Goods purchased and cancellation charges** | | | | **$95,586.24** |

Sheet no. **14** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **3,052,260.04**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**          ,          Case No. **15-71147**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Green Plains Trade Group, LLC**<br>**450 Regency Parkway**<br>**Omaha, NE 68114** | | | **August 2014**<br><br>**Goods purchased and cancellation charges** | | | | **$900,365.85** |
| ACCOUNT NO.<br><br>**Hanjin Shipping Co., Ltd.**<br>**3075 W. Ray Road**<br>**Suite 500**<br>**Chandler, AZ 85226** | | | **August 2014**<br><br>**Ocean freight** | | | | **$83,552.00** |
| ACCOUNT NO.<br><br>**Hankins Contracting**<br>**3818 Parallel Pkwy**<br>**Kansas City, KS 66104** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$21,691.87** |
| ACCOUNT NO.<br><br>**Herman Trucking, LLC**<br>**P. O. Box 325**<br>**Hoopeston, IL 60942** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$88,248.82** |

Sheet no. __15__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,093,858.54**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
_____    _____
          **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **High Fortune** 30/F Landmark Plaza, #89 Wusi Road Fuzhou, CHINA | | | **February 2014** **Demurrage charges** | | | | $143,000.00 |
| Additional Contacts for High Fortune: **The Gloor Law Group, LLC** Attn: Stephen Ellenbecker 225 W. Wacker Dr. Suite 1800 Chicago, IL 60606 | | | | | | | |
| **ACCOUNT NO.** **Hood Transport** 2781 North 100 East Remington, IN 47977 | | | **August 2014** **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $10,837.19 |
| **ACCOUNT NO.** **Hop Nong Co., Ltd.** A606, Hoang Anh Gia lai II Bldg 783 Tran Xuan Soan St Dist 7 Ho Chi Minh, VIETNAM 7000 | | | **August 2014** **Brokerage services** | | | | $6,991.41 |

Sheet no. **16** of **38** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **160,828.60**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                    Case No. **15-71147**
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Huddleston Machinery Moving, LLC**<br>**7800 E. 12th St.**<br>**Kansas City, MO 64126** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$14,667.15** |
| **ACCOUNT NO.**<br><br>**Hyundai Merchant Marine**<br>**Freight Cashier Department**<br>**9977 North 90th St.**<br>**Suite 270**<br>**Scottsdale, AZ 85258** | | | **August 2014**<br><br>**Ocean freight** | | | | **$2,112.30** |
| **ACCOUNT NO.**<br><br>**Ingredion Incorporated**<br>**12981 Collections Center Dr.**<br>**Chicago, IL 60693** | | | **August 2014**<br><br>**Goods purchased** | | | | **$268,492.00** |

Additional Contacts for Ingredion Incorporated:

  **Teller, Levit & Silvertrust, PC**
  **Attn: Kevin E. Posen**
  **19 S. LaSalle**
  **Suite 701**
  **Chicago, IL 60603**

Sheet no. __17__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **285,271.45**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,          Case No. **15-71147**
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Integra Transport, LLC <br> 975 Beaver Pond Drive <br> Marengo, IL 60152 | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $3,690.00 |
| ACCOUNT NO. <br><br> Interstate Commodities <br> P. O. Box 607 <br> Troy, NY 12181 | | | **August 2014** <br><br> **Goods purchased** | | | | $6,297.60 |
| ACCOUNT NO. <br><br> J & C Commodity, LLC <br> 9135 SW 182nd Ave. <br> Beaverton, OR 97007 | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $7,230.05 |
| ACCOUNT NO. <br><br> Jackson Trucking <br> 5806 Indian Trail <br> Rochelle, IL 61068 | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $1,614.75 |

Sheet no. **18** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **18,832.40**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
　　　　　　　　 **Debtor**　　　　　　　　　　　　　　　　　　　　 **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **JD Heiskell & Co.** <br> **20010 Manderson Street** <br> **Elkhorn , NE 68022** | | | **August 2014** <br><br> **Goods purchased and cancellation charges** | | | | **$1,590,857.80** |
| **Additional Contacts for JD Heiskell & Co.:** <br><br><br> **Kutak Rock LLP** <br> **Attn:  Bart McLeay** <br> **1650 Farnam St.** <br> **The Omaha  Bldg.** <br> **Omaha, NE 68102-2186** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Jerry Ameson, Inc.** <br> **4441 West State Road 11** <br> **Janesville, WI 53548** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$11,713.33** |
| **ACCOUNT NO.** <br><br> **Jet Seed, Ltd.** <br> **Attn:  Dennis Ma** <br> **4F., No. 26, Aly. 33, Ln. 156** <br> **Wuxing St., Xinyi Dist.** <br> **Taipei City 110, TAIWAN,** <br> **(R.O.C)** | | | **August 2014** <br><br> **Brokerage services** | | | | **$6,586.27** |

Sheet no. **19** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **1,609,157.40**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,          Case No. **15-71147**
_____
      **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Jim Anderson Trucking, Inc. 426 Pin Oak Dr. Geneseo, IL 61254-1951** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $6,820.92 |
| **ACCOUNT NO.** <br><br> **JL Commodities 14501 SW Muddy Valley Rd. McMinnville, OR 97128** | | | **August 2014** <br><br> **Brokerage services** | | | | $9,986.25 |
| **ACCOUNT NO.** <br><br> **Jordan Nelson 4881 East 1000th Ave Altamont, IL 62411** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $4,249.60 |
| **ACCOUNT NO.** <br><br> **Julie Shafer Trucking, LLC N8149 Bark Road Fond Du Lac, WI 54937** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $1,092.74 |

Sheet no. **20** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $   **22,149.51**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Trans Coastal Supply Company, Inc.__ ,                    Case No. __15-71147__
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Key Ingredients, Inc. <br> P. O. Box 337 <br> Elk River, MN  55330 | | | August 2014 <br><br> Goods purchased | | | | $35,950.20 |
| ACCOUNT NO. <br><br> Kingsbury Elevator, Inc. <br> P. O. Box 66 <br> Kingsbury, IN 46345 | | | August 2014 <br><br> Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $494.57 |
| ACCOUNT NO. <br><br> Knierim Trucking <br> 2029 N. Pleasantview Rd. <br> Lerna, IL 62440 | | | August 2014 <br><br> Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $2,886.36 |
| ACCOUNT NO. <br><br> Land-O-Lakes <br> P. O. Box 504125 <br> St. Louis, MO 63150-4125 | | | August 2014 <br><br> Goods purchased | | | | $69,039.54 |

Sheet no. __21__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $   108,370.67

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**           ,          Case No. **15-71147**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lansing Vermont <br> P. O. Box 741671 <br> Atlanta, GA 30374-1671 | | | August 2014 <br><br> Goods purchased and cancellation charges | | | | $529,764.30 |
| ACCOUNT NO. <br><br> Laughlin Trucking <br> 1001 Adams Taylor St. <br> Villisca, IA 50864 | | | August 2014 <br><br> Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $5,596.05 |
| ACCOUNT NO. <br><br> Li Rui Dong | | | August 2014 <br><br> Brokerage services | | | | $2,618.73 |
| ACCOUNT NO. <br><br> Look Transportation, Inc. <br> P. O. Box 17940 <br> Long Beach, CA 90807-7940 | | | August 2014 <br><br> Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $800.00 |

Sheet no. __22__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **538,779.08**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,   Case No. **15-71147**
                    **Debtor**                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Mac Container Line** **905 Calle Amanecer** **Suite 340** **San Clemente, CA 92673** | | | **August 2014** **Ocean freight** | | | | **$110,561.00** |
| **ACCOUNT NO.** **Maersk Line** **9300 Arrowpoint Blvd** **Charlotte, NC 28273** | | | **August 2014** **Ocean freight** | | | | **$123,450.00** |
| **ACCOUNT NO.** **Marquis Energy - Wisconsin** **P. O. Box 349** **Hennepin, IL 61327** | | | **August 2014** **Goods purchased** | | | | **$330,643.15** |
| **ACCOUNT NO.** **McBurney Enterprises, LLC** **2996 Rutledge Ave.** **Oskaloosa, IA 52577** | | | **August 2014** **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$1,772.01** |

Sheet no. **23** of **38** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **566,426.16**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**                    ,          Case No. **15-71147**
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **McCaulay Dalton & Co.** <br>**P. O. Box 978** <br>**Chatswood, NSW,** <br>**AUSTRALIA 2057** | | | **August 2014** <br><br> **Brokerage services** | | | | **$5,316.16** |
| **ACCOUNT NO.** <br><br> **McDonald Pelz Global Commodities, LLC** <br>**P. O. Box 411099** <br>**Kansas City, MO 64141-1099** | | | **August 2014** <br><br> **Brokerage services** | | | | **$63,009.66** |
| **ACCOUNT NO.** <br><br> **Mediterranean Shipping Company, Inc.** <br>**9701 W. Higgins Rd** <br>**Suite 600** <br>**Rosemont, IL 60018** | | | **August 2014** <br><br> **Ocean freight** | | | | **$291,932.14** |
| **ACCOUNT NO.** <br><br> **Midwest Ag Transport, Inc.** <br>**P. O. Box 355** <br>**Ansonia, OH 45303** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$460.40** |

Sheet no. **24** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **360,718.36**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                    Case No. **15-71147**

  **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Migi, Inc.<br>P. O. Box 2502<br>Carol Stream, IL 60132-2502 | | | August 2014<br><br>Laboratory services | | | | $34,762.11 |
| ACCOUNT NO.<br><br>Mitsui Osk Lines, Ltd.<br>P. O. Box 3289<br>Carol Stream, IL 60132-3289 | | | August 2014<br><br>Ocean freight | | | | $800.00 |
| ACCOUNT NO.<br><br>Nagel Ag. Logistics, LLC<br>506 S. Locust Avenue<br>Prairieburg, IA 52219 | | | August 2014<br><br>Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $598.69 |
| ACCOUNT NO.<br><br>Nam Viet Joint Stock company<br>Phuoc Long Industrial Zone<br>Phuoc Long B Ward, 9 District<br>Ho Chi Minh, VIETNAM 8000 | | | August 2014<br><br>Brokerage services | | | | $10,238.50 |

Sheet no. **25** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **46,399.30**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
            **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Neesam Trucking, Inc.<br>P. O. Box 246<br>Pardeeville, WI 53954 | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $8,226.46 |
| ACCOUNT NO.<br><br>Nowell Amoroso Klein<br>Bierman, PA<br>155 Polifly Road<br>Hackensack, NJ 07601 | | | **July 2014 to July 2015**<br><br>**Attorney's fees** | | | | $5,909.24 |
| ACCOUNT NO.<br><br>Olen Commercial Realty Corp<br>P. O. Box 51915<br>Los Angeles, CA 9051-6215 | | | **January 2015**<br><br>**Lease payments for California office** | | | | $7,178.07 |
| ACCOUNT NO.<br><br>Ortus Global<br>37F, #7, Sec 5<br>Xinyi Rd<br>Xinyi Dist<br>Taipei, TAIWAN 110 | | | **August 2014**<br><br>**Brokerage services** | | | | $192,962.60 |

Sheet no. __26__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **214,276.37**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**                    ,          Case No. **15-71147**
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Paydon Trucking, Inc.**<br>**264466 W. 135th**<br>**Plainfield, IL 60544** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$9,002.24** |
| **ACCOUNT NO.**<br><br>**Perdue AgSolutions, LLC**<br>**P. O. Box 200623**<br>**Pittsburgh, PA 15251-0623** | | | **August 2014**<br><br>**Goods purchased** | | | | **$15,860.81** |
| **ACCOUNT NO.**<br><br>**Petersen Farms Trucking**<br>**2731 Mulberry Ave.**<br>**Corning, IA 50841** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$15,032.84** |
| **ACCOUNT NO.**<br><br>**Poet Nutrition**<br>**4506 N. Lewis Ave.**<br>**Sioux Falls, SD 57104** | | | **August 2014**<br><br>**Goods purchased** | | | | **$38,876.86** |

Sheet no. __27__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **78,772.75**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,  Case No. **15-71147**
　　　　　　　**Debtor** 　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Prairie Creek Grain**<br>**P. O. Box 9**<br>**Elwood, IL 60421** | | | **August 2014**<br><br>**Transloading services** | | | | **$119,284.08** |
| Additional Contacts for Prairie Creek Grain:<br><br>**Tom Osterberger**<br>**Attorney at Law**<br>**111 N. Ottawa Street**<br>**Joliet, IL 60432** | | | | | | | |
| ACCOUNT NO.<br><br>**Prairie Creek Logistics**<br>**P. O. Box 30**<br>**Elwood, IL 60421** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$249,888.40** |
| Additional Contacts for Prairie Creek Logistics:<br><br>**David Fines**<br>**Attorney at Law**<br>**402 East Market Street**<br>**Taylorville, IL 62568** | | | | | | | |

Sheet no. __28__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **369,172.48**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
    **Debtor**    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Prairie Creek Terminal Services<br>29400 South Route 53<br>Elwood, IL 60421 | | | August 2014<br><br>Fumigation services | | | | $19,400.00 |
| ACCOUNT NO.<br><br>R.E. Miller & Sons Trucking, LLC<br>Transportation Funding Group, Inc.<br>P. O. Box 1575<br>Minneapolis, MN 55480-1575 | | | August 2014<br><br>Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $9,696.12 |
| ACCOUNT NO.<br><br>Railside Farm Trucking, LLC<br>4980 140th Ave.<br>Holland, MI 49423 | | | August 2014<br><br>Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $5,686.98 |
| ACCOUNT NO.<br><br>Reed Trucking<br>R. R. 1<br>Box 99<br>Oconee, IL 62553 | | | August 2014<br><br>Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $21,814.56 |

Sheet no. **29** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **56,597.66**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,          Case No. **15-71147**
_____              _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Renewable Products Marketing** <br> **1157 Valley Park Drive** <br> **Shakopee, MN 55379** | | | **August 2014** <br><br> **Goods purchased** | | | | **$394,433.05** |
| ACCOUNT NO. <br><br> **Roquette America** <br> **1417 Exchange Street** <br> **Keokuk, IA 52632** | | | **August 2014** <br><br> **Goods purchased** | | | | **$237,216.26** |
| ACCOUNT NO. <br><br> **Rubendall Trucking, LLC** <br> **P. O. Box 134** <br> **Grinnell, IA 50112** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$15,684.22** |
| ACCOUNT NO. <br><br> **S.R. Johnson Trucking** <br> **4129 E. Fitzgerald Rd.** <br> **Decatur, IL 62521** | | | **August 2014** <br><br> **Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$3,718.38** |

Sheet no. **30** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **651,051.91**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**          ,          Case No. **15-71147**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Schaendorf Custom Farming, Inc.**<br>**3083 30th St.**<br>**Hopkins, MI 49328** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$23,479.94** |
| ACCOUNT NO.<br><br>**Semler Commodities, Inc.**<br>**351 California St.**<br>**Ste 920**<br>**San Francisco, CA 94104** | | | **August 2014**<br><br>**Brokerage services** | | | | **$24,626.00** |
| ACCOUNT NO.<br><br>**Seol Yong Min**<br>**KOREA** | | | **August 2014**<br><br>**Brokerage services** | | | | **$4,987.74** |
| ACCOUNT NO.<br>**Shandong Changxi International Trading Co**<br>**Houcaiyuan Village**<br>**Ershilipu Community**<br>**Fulaishan Town, Ju County**<br><br>**Rizhao City, Shandong, CHINA** | | | **August 2014**<br><br>**Contract prepayment due** | | | | **$207,000.00** |

Sheet no. __31__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　　**260,093.68**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                    Case No. **15-71147**
_____                    _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Shandong Full Wiin**<br>**FL 45**<br>**Parkson Business Int. Center**<br>**No. 44-60 Zhnogshan Road**<br>**Qingdao, CHINA** | | | **August 2014**<br><br>**Demurrage charges** | | | | **$14,809.78** |
| **ACCOUNT NO.**<br><br>**Sikich, LLP**<br>**132 S. Water St.**<br>**Suite 300**<br>**Decatur, IL 62523** | | | **August 2014**<br><br>**Accounting services** | | | | **$2,037.50** |
| **ACCOUNT NO.**<br><br>**Skinner Trucking, LLC**<br>**4644 South Warner Rd.**<br>**Carson City, MI 48811** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$2,941.28** |
| **ACCOUNT NO.**<br><br>**Sonlite Express, Inc.**<br>**86886 571 Ave.**<br>**Laurel, NE 68745** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$1,065.53** |

Sheet no. **32** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      **20,854.09**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,          Case No. **15-71147**
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Strange Trucking, LLC<br>5314 W. 400 N<br>Marion, IN 46952** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$12,313.99** |
| ACCOUNT NO.<br><br>**Swartzentruber Enterprises, Inc.<br>67355 E County Line Rd<br>Ligonier, IN 46767** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | **$5,377.89** |
| ACCOUNT NO.<br><br>**The Andersons Clymers<br>P. O. Box 119<br>Maumee, OH 43537** | | | **August 2014**<br><br>**Goods purchased and cancellation charges** | | | | **$3,014,860.74** |
| ACCOUNT NO.<br><br>**The Scoular Company<br>10801 Mastin Blvd.<br>Overland Park, KS 66210** | | | **August 2014**<br><br>**Goods purchased and cancellation charges** | | | | **$380,212.52** |

Sheet no. **33** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **3,412,765.14**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                    Case No. **15-71147**
_____
Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Three Rivers Ethanol** <br> **18137 CR 271** <br> **Coshocton, OH 43812** | | | **August 2014** <br><br> **Cancellation charges** | | | X | **$1,092,000.00** |
| **Additional Contacts for Three Rivers Ethanol:** <br><br><br> **Brian Benbow** <br> **Benbow Law Offices** <br> **239 N. 4th St.** <br> **Coshocton, OH 43812** | | | | | | | |
| **ACCOUNT NO.** <br><br> **TSC Container Freight** <br> **250 Marquette Ave South** <br> **Suite 150** <br> **Minneapolis, MN 55401** | | | **August 2014** <br><br> **Ocean freight** | | | | **$32,870.65** |
| **ACCOUNT NO.** <br><br> **U.S. Commodities, LLC** <br> **P. O. Box 1450** <br> **Minneapolis, MN 55485-7749** | | | **August 2014** <br><br> **Goods purchased and cancellation charges** | | | | **$190,569.22** |

Sheet no. __34__ of __38__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **1,315,439.87**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,                    Case No. **15-71147**
                      **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>United Arab Shipping Co.<br>511 South Ave<br>Cranford, NJ 07016 | | | August 2014<br><br>Ocean freight | | | | $292,470.00 |
| ACCOUNT NO.<br><br>United Bio Energy Ingredients<br>#774209<br>4209 Solutions Center<br>Chicago, IL 60677 | | | August 2014<br><br>Goods purchased | | | | $162,992.73 |
| ACCOUNT NO.<br><br>US Lines, LLC<br>5701 Lake Wright Drive<br>Norfolk, VA 23502 | | | August 2014<br><br>Ocean freight | | | | $52,650.00 |
| ACCOUNT NO.<br><br>Valero Marketing and Supply Co.<br>Attn: Credit Department<br>P. O. Box 696000<br>San Antonio, TX 78269-0600 | | | August 2014<br><br>Goods purchased | | | | $125,491.79 |

Sheet no. **35** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **633,604.52**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,    Case No. **15-71147**
_____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Valero Marketing and Supply Co.:**<br><br>**Abrams & Abrams, PC<br>180 W. Washington St.<br>Suite 910<br>Chicago, IL 60602**<br><br>**Valero Marketing and<br>Supply Company<br>One Valero Way<br>San Antonio, TX<br>78249-1616** | | | | | | | |
| ACCOUNT NO.<br><br>**Velocity Transportation, LLC<br>P. O. Box 149<br>Harlan, IA 51537** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $587.48 |
| ACCOUNT NO.<br><br>**Viet Agri Commodities<br>11519 Amber Canyon Dr.<br>Houston, TX 77095-3854** | | | **August 2014**<br><br>**Brokerage services** | | | | $630.30 |
| ACCOUNT NO.<br><br>**Weeks Transport, Inc.<br>N625 Salt Box Road<br>Sharon, WI  53585** | | | **August 2014**<br><br>**Trucking services. Subject to reduction by brokers bond; possibly already paid.** | | | | $609.00 |

Sheet no. **36** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,826.78**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.** ,            Case No. **15-71147**
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wetrading, Inc.<br>Attn: (Elliot) Younghwan Kim<br>KOREA | | | August 2014<br><br>Brokerage services | | | | $1,509.80 |
| ACCOUNT NO.<br><br>Willow Creek Farms Trucking, LLC<br>369 E. Roosevelt Rd.<br>Ashley, MI 48806 | | | August 2014<br><br>Trucking services. Subject to reduction by brokers bond; possibly already paid. | | | | $4,832.95 |
| ACCOUNT NO.<br><br>World Distribution Services, LLC<br>P. O. Box 827506<br>Philadelphia, PA 19182-7506 | | | August 2014<br><br>Transloading services | | | | $74,015.69 |
| ACCOUNT NO.<br><br>Yang Ming (America) Corp<br>3025 Highland Parkway<br>Suite 850<br>Downers Grove, IL 60515 | | | August 2014<br><br>Ocean freight | | | | $633,933.12 |

Sheet no. **37** of **38** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **714,291.56**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Trans Coastal Supply Company, Inc.**           ,          Case No. **15-71147**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Zhang Heng Fu**<br>**CHINA** | | | **August 2014**<br>**Brokerage services** | | | | **$14,930.50** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __**38**__ of __**38**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **14,930.50**

Total▶  $ **33,810,794.41**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Trans Coastal Supply Company, Inc.,**          Case No.  **15-71147**
_____          _____
**Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Big Industrial<br>1413 Property LLC<br>3500 W. 75th St., Suite 200<br>Prairie Village, KS 66208 | Description: Month to month property lease at the Kansas City, Kansas facility - $11,172.00 monthly<br><br>Nature of Debtor's Interest: Lessee |
| Kansas City Transportation Company, LLC<br>P. O. Box 871510<br>Kansas City, KS 64187-1510 | Description: Railroad lease at 1616 Argentine Blvd., Kansas City, Kansas facility which expires December 2015 - $5,700.00 a month<br><br>Nature of Debtor's Interest: Lessee |
| Norfolk Southern Railway Co.<br>P. O. Box 532797<br>1200 Peachtree St. NE<br>Atlanta, GA 30309 | Description: Container parking area at 1102 N. 18th Street, Decatur, Illinois facility which expires September 2015 - $1,750.00 annual lease payment<br><br>Nature of Debtor's Interest: Lessee |
| Foreign Buyers | Description: Trans Coastal has several open contracts with foreign buyers which right now have not been accepted or rejected by the foreign buyers.  A list of those will be provided upon request or brought to the first meeting of creditors, whichever occurs first.  The net value of these contracts to Trans Coastal is unknown because the value changes daily. |

B 6H (Official Form 6H) (12/07)

In re **Trans Coastal Supply Company, Inc.,**                     Case No. **15-71147**
                                    **Debtor**                                                            **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Pamela D. Moses<br>1590 E. 1550 North Road<br>Taylorville, IL 62568<br><br>Robert Briscoe<br>100 W. Spring Road<br>Mazon, IL 60444 | US Bank<br>PD-OR-P6SA<br>Attn:  Ms. Elizabeth C. Hengeveld<br>555 SW Oak<br>Suite 600-P<br>Portland, OR 97204 |
| Pamela D. Moses<br>1590 E. 1550 North Road<br>Taylorville, IL 62568<br><br>Robert Briscoe<br>100 W. Spring Road<br>Mazon, IL 60444 | US Bank<br>PD-OR-P6SA<br>Attn:  Ms. Elizabeth C. Hengeveld<br>555 SW Oak<br>Suite 600-P<br>Portland, OR 97204 |

**UNITED STATES BANKRUPTCY COURT**
**Central District of Illinois**

In re:  **Trans Coastal Supply Company, Inc.**

Case No.  **15-71147**

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:      $ **64,971,151.21**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:      $ **1,220,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3.  Net Employee Payroll (Other Than Debtor) | $ **16,000.00** |
| 4.  Payroll Taxes | **N/A** |
| 5.  Unemployment Taxes | **1,000.00** |
| 6.  Worker's Compensation | |
| 7.  Other Taxes | **1,500.00** |
| 8.  Inventory Purchases (Including raw  materials) | **11,000.00** |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | **11,000.00** |
| 10. Rent (Other than debtor's principal residence) | **11,200.00** |
| 11. Utilities | **6,000.00** |
| 12. Office Expenses and Supplies | **1,000.00** |
| 13. Repairs and Maintenance | **2,000.00** |
| 14. Vehicle Expenses | **500.00** |
| 15. Travel and Entertainment | **500.00** |
| 16. Equipment Rental and Leases | **5,400.00** |
| 17. Legal/Accounting/Other Professional Fees | **2,500.00** |
| 18. Insurance | **2,100.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **4,000.00** |

    20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

    21. Other (Specify):

    **Cost of Goods Sold - Drayage**      **120,000.00**

    22. Total Monthly Expenses (Add items 3 - 21)      **See Attachment 1**      $ **1,175,700.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ **44,300.00**

# Addendum

**Attachment 1**

**Expense: Cost of Goods Sold - Product**
**Amount: 980,000.00**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  __Trans Coastal Supply Company, Inc._____ ,  Case No. __15-71147_____
                                    Debtor                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                                                    Debtor

Date _____        Signature: _____
                                                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                                       Social Security No.
of Bankruptcy Petition Preparer                                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ __Pamela D. Moses__ _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ __See Attachment 1_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __55__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date __July 30, 2015_____

                                                          Signature: __/s/Pamela D. Moses_____

                                                                              __Pamela D. Moses_____
                                                                              [Print or type name of individual signing on behalf of debtor.]
                                                                              __President__

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

# Attachment

**Attachment 1**

**Trans Coastal Supply Company, Inc.**

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS

In Re:  Trans Coastal Supply Company,
Inc.,

Debtor

Case No.  15-71147

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Pamela D. Moses<br>1590 E. 1550 North Road<br>Taylorville, IL 62568 | | 50% | |
| Robert Briscoe<br>100 W. Spring Road<br>Mazon, IL 60444 | | 50% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  Pamela D. Moses, President  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:  July 30, 2015          Signature:  /s/Pamela D. Moses
Printed Name:  Pamela D. Moses
Title:  President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**