UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                             )
                                                   )
TRANS COASTAL SUPPLY COMPANY,  )    No. 15-71147
INC.,                                              )
        Debtor.                                )

## APPLICATION TO EMPLOY ATTORNEYS

Now comes Debtor, Trans Coastal Supply Company, Inc., by one of its attorneys, and for its Application respectfully states as follows:

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on July 23, 2015.

2. Attorney Richardson first met with Trans Coastal Supply Company, Inc. through its president on September 26, 2014.

3. From that date forward, Attorney Richardson and members of his firm have rendered legal services and advice to the Debtor, including the representation of the Debtor in three lawsuits pending in Macon County Circuit Court and the United States District Court for the Central District of Illinois.

4. A copy of the Fee Agreement between the Debtor and Attorney Richardson's firm is attached hereto as Exhibit A.

5. The attorneys of the law firm of Richardson & Erickson are Jeffrey D. Richardson, Andrew S. Erickson and Laura E. Richardson.

6. Subject to the approval of the Court, those attorneys will continue to render legal services to the Debtor following the filing of the bankruptcy.

7. Attorney Richardson's hourly rate is $275.00. Attorney Erickson's hourly rate is

2

$195.00 and Attorney Laura Richardson's hourly rate is $170.00.

8. The retainer received from the Debtor is set forth in the disclosure of attorney's fees.

9. A $20,000.00 retainer was received from the Debtor with a portion of that retainer in the amount of $2,717.00 being paid by the Debtor's president, Pamela D. Moses.

WHEREFORE, Debtor, Trans Coastal Supply Company, Inc., respectfully prays that an order be entered by this Court authorizing the employment of Jeffrey D. Richardson, Andrew S. Erickson and Laura E. Richardson.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Attorney for Debtor
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on August 3, 2015, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. Mark A. Bogdanowicz
Mr. John A. Lipinsky
Mr. Thomas W. O'Neal
Mr. Mark D. Skaggs

/s/ Jeffrey D. Richardson