**IT IS SO ORDERED.**

**SIGNED THIS: August 11, 2015**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:     Trans Coastal Supply Company, Inc.                              Case No.   15-71147

Debtor

### **ORDER**

A hearing having been held August 11, 2015, on the following matters:

1)   Debtor's Motion to Pay Certain Prepetition Critical Vendors and Suppliers [Doc 28]

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| 1.     | Denied without prejudice. |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###