UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                         )
                                               )
TRANS COASTAL SUPPLY COMPANY,                  )    No. 15-71147
INC.,                                          )
                                               )
        Debtor.                                )

### DEBTOR'S FIRST AMENDED MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY CERTAIN PREPETITION CRITICAL VENDORS AND SUPPLIERS

NOW COMES Debtor, Trans Coastal Supply Company, Inc., by one of its attorneys, and for its First Amended Motion for Order Authorizing Debtor to Pay Certain Prepetition Critical Vendors and Suppliers respectfully states as follows:

### JURISDICTION

1.      On July 23, 2015, Trans Coastal Supply Company, Inc. (the "Debtor") filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.      This Court has jurisdiction with respect to this Motion pursuant to 28 U.S.C. §§157 and 1334 and 11 U.S.C. §363.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

### FACTUAL BACKGROUND

3.      The Debtor is an exporter of corn and distillers dried grain with solubles ("DDGs") which is a corn by-product.

4.      A substantial portion of the Debtor's business has historically involved exporting corn and DDGs to China.

5.      The Debtor operates facilities out of Decatur, Illinois and Kansas City, Kansas.

6.      The Debtor's primary secured creditor is US Bank, N.A. which has a blanket security interest on the Debtor's personal property assets, including prepetition accounts receivable.

2

7. The Debtor's primary base of operations at this time is shipping through its Kansas City, Kansas facility because for the last year the Debtor has been operating on a limited basis due to restrictions on the ultimate termination of its line of credit with US Bank, N.A.

8. When the Debtor was fully involved in the exporting business, the Debtor would ship product from its facilities by truck to a rail head which would transport those products to a port for export by boat.

9. Over the last several months, the Debtor has not been involved in that portion of the exporting process which involves arranging and paying for boat shipment of the products.

10. The Debtor anticipates expanding its business operations back to shipping goods overseas by boat.

11. When US Bank, N.A. curtailed the Debtor's ability to pay its vendors, a significant number of the Debtor's prepetition creditors were trucking companies which the Debtor owes for prepetition services.

12. Many of those trucking companies will no longer do business with the Debtor.

13. During the period of time immediately preceding the bankruptcy, certain trucking companies have continued to extend credit to the Debtor and accept the Debtor's shipments providing trucking services to the Debtor.

14. In addition, certain other bills were incurred by the Debtor in the month of July in the ordinary course of its business operations which the Debtor feels are essential to the continuation of its business.

15. These include employee health insurance, power and other utility bills which were not past due but which were due prepetition and are essential to the Debtor's ongoing business operations.

3

16. The entire amount of the prepetition services and goods which the Debtor seeks to pay is $42,987.52 and is itemized as follows:

    (a)    Health Alliance Medical Plan
             1677 Reliable Pkwy
             Chicago, IL 60686-0016

             Amount: $1,446.00
             Reason: Health insurance bill for employees

    (b)    KC Board of Public Utilities
             540 Minnesota Ave.
             Kansas City, KS 66102

             Amount: $3,850.61
             Reason: Power bill received after July 16, 2015 on Kansas City facility

    (c)    Mack Logistics
             3504 Dodson St.
             Kansas City, KS 66106

             Amount: $8,676.75
             Reason: Drayage carrier - trucker who provided trucking services to keep the doors open in Kansas City

    (d)    Schmuhl Brothers
             2540 South 88th St.
             Kansas City, KS 66111

             Amount: $6,308.25
             Reason: Drayage carrier - trucker who provided trucking services to keep the doors open in Kansas City

    (e)    Time Warner Cable
             P. O. Box 1104
             Carol Stream, IL 60132-1104

             Amount: $409.47
             Reason: Prepetition internet bill

                            Document        Page 4 of 7

4

(f)  Deffenbaugh Industries
     P. O. Box 3249
     Shawnee, KS 66203-0249

     Amount: $604.57
     Reason: Dumpster service for Kansas City facility

(g)  Hankins Contracting
     3818 Parallel Pkwy
     Kansas City, KS 66104

     Amount: $21,691.87
     Reason: Main hauler for Kansas City facility who allowed the Kansas City business to be kept open

## RELIEF REQUESTED

17.     By this First Amended Motion, the Debtor seeks entry of an order authorizing the Debtor to pay certain prepetition vendors and suppliers who performed services or supplied goods to the Debtor shortly prior to the filing of the bankruptcy and whose efforts have generated and will continue to generate post-petition accounts receivable significantly in excess of the funds which the Debtor seeks to pay.

## BASIS FOR RELIEF

18.     Section 363(b)(1) of the Bankruptcy Code authorizes a Debtor in possession to use property of the estate other than in the ordinary course of business.

19.     The Debtor submits that payment of these bills are crucial to the Debtor's efforts to preserve its ongoing business operations.

WHEREFORE, Debtor, Trans Coastal Supply Company, Inc., respectfully prays that the Court hear and grant this First Amended Motion and authorize the payment of prepetition vendors and suppliers in the amount set forth above.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Attorney for Debtor
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082

### CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on August 12, 2015, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. Mark A. Bogdanowicz, Attorney for 1st Farm Credit
Ms. Alison M. Gutierrez, Attorney for J.D. Heiskell Holdings, LLC
Mr. John A. Lipinsky, Attorney for Prairie Creek Grain Company
Mr. Thomas W. O'Neal, Attorney for 1st Farm Credit
Mr. Mark D. Skaggs


/s/ Jeffrey D. Richardson

### CERTIFICATE OF SERVICE

I certify that on August 12, 2015, at 5:00 p.m., I caused to be deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

| | |
|---|---|
| Mr. Kenneth Ottaviano<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693 | US Bank<br>Attn: Ms. Elizabeth Hengeveld<br>555 SW Oak, Suite 600-P<br>Portland, OR 97204 |
| Ms. Karin H. Berg<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693 | Health Alliance Medical Plan<br>1677 Reliable Pkwy<br>Chicago, IL 60686-0016 |

| | |
|---|---|
| KC Board of Public Utilities<br>540 Minnesota Ave.<br>Kansas City, KS 66102 | Mack Logistics<br>3504 Dodson St.<br>Kansas City, KS 66106 |
| Schmuhl Brothers<br>2540 South 88th St.<br>Kansas City, KS 66111 | Time Warner Cable<br>P. O. Box 1104<br>Carol Stream, IL 60132-1104 |
| Deffenbaugh Industries<br>P. O. Box 3249<br>Shawnee, KS 66203-0249 | Hankins Contracting<br>3818 Parallel Pkwy<br>Kansas City, KS 66104 |
| CHS, Inc.<br>NW 9365<br>P.O. Box 1450<br>Minneapolis, MN 55485 | Gray Plant Mooty<br>Attn: Phillip L. Kunkel<br>1010 W. St. German, Suite 600<br>St. Cloud, MN 56301-3406 |
| The Andersons<br>Clymers<br>P. O. Box 119<br>Maumee, OH 43537 | Gavilon Ingredients, LLC<br>1331 Capital Avenue<br>Omaha, NE 68102-1106 |
| McGrath North Mullin & Kratz<br>Attn: James G. Powers<br>1601 Dodge St., Suite 3700<br>Omaha, NE 68102 | RSB Agri Services<br>Attn: Mr. Robert Briscoe<br>100 W. Spring Road<br>Mazon, IL  60444-6056 |
| Kutak Rock, LLP<br>Attn:   Bart McLeay<br>1650 Farnam St.<br>The Omaha Building<br>Omaha, NE 68102-2186 | Three Rivers Ethanol<br>18137 CR 271<br>Coshocton, OH 43812 |
| Brian Benbow<br>Benbow Law Offices<br>239 N. 4th St.<br>Coshocton, OH 43812 | Commodity Specialist Company<br>55 Corporate Woods, Suite 115<br>Overland Park, KS 66210 |
| Teller, Levit & Silvertrust, PC<br>Attn:   Kevin E. Posen<br>19 S. LaSalle, Suite 701<br>Chicago, IL 60603 | Green Plains Trade<br>Group, LLC<br>450 Regency Parkway<br>Omaha, NE 68114 |

7

| | |
|---|---|
| Yang Ming (America) Corp<br>3025 Highland Parkway, Suite 850<br>Downers Grove, IL 60515 | Cargill, Inc.<br>Attn: Mr. Paul Calahan<br>MS#136<br>9320 Excelsior Blvd.<br>Hopkins, MN 55343 |
| Lansing Vermont<br>P. O. Box 741671<br>Atlanta, GA 30374-1671 | Evergreen Line<br>823 Commerce Dr.<br>2nd Floor<br>Oak Brook, IL 60523 |
| Cichanowicz Callan<br>Keane Vengo<br>Attn: Joseph DeMay, Jr.<br>61 Broadway 3000<br>New York, NY 10006 | Aventine Renewable<br>Energy, Inc.<br>P. O. Box 310363<br>Des Moines, IA 50331 |
| Didion Ethanol<br>P. O. Box 400<br>Johnson Creek, WI 53038 | Renewable Products Marketing<br>1157 Valley Park Drive<br>Shakopee, MN 55379 |
| The Scoular Company<br>10801 Mastin Blvd.<br>Overland Park, KS 66210 | Bunge North America<br>11720 Borman Drive<br>P. O. Box 28500<br>St. Louis, MO 63146 |
| China Shipping (North America)<br>  Agency<br>Attn: Scott Levine<br>11 Philips Parkway<br>Montvale, NJ 07645 | Clyde & Co.<br>Attn: Joseph Walsh II<br>4695 MacArthur Ct., Suite 100<br>Newport Beach, CA 92660 |
| Ceres Consulting, LLC<br>3808 Cookson Road<br>East St. Louis, IL 62201 | Marquis Energy-Wisconsin<br>P. O. Box 349<br>Hennepin, IL 61327 |
| Cosco Container Lines<br>333 E. Butterfield Road, Suite 830<br>Lombard, IL 60148 | Genny Strumpf<br>CKB Firm<br>30 N. LaSalle St., Suite 1520<br>Chicago, IL 60602 |

/s/ Jeffrey D. Richardson