**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRANS COASTAL SUPPLY COMPANY, INC., | ) | Case Number 15-30829 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF**
**CREDITORS HOLDING UNSECURED CLAIMS**

The United States Trustee appoints the following to the Official Unsecured Creditor's Committee in the TRANS COASTAL SUPPLY COMPANY, INC. proceedings:

CHS, Inc.
Attn: Jim Johnson
5500 Cenex Drive MS625
Inver Grove Heights, MN   55077
Phone: (651) 355-6376
Email: james.johnson@chsinc.com


Gavilon Ingredients, LLC
Attn:   Bill Vernon
1331 Capital Avenue
Omaha, NE   68102
Phone: (402) 889-4698
Email:   bill.vernon@gavilon.com


J.D. Heiskill Holdings d/b/a J.D. Heiskill & Co.
Attn:   Michael Isham
20010 Manderson Street, Suite A
Elkhorn, NE   68022
Phone: (402) 289-5700
Fax: (402) 289-6748
Email: Misham@heiskell.com

Green Plains, Inc.
Attn:   Ken Kozlik
450 Regency Parkway, #400
Omaha, NE   68114
Phone: (402) 315-1620
Fax: (402) 884-8776
Email: Ken.Kozlik@gpreinc.com


China Shipping (North America) Agency Co., Inc.
Attn:   Nancy Zhang
11 Phillips Parkway
PO Box 420
Montvale, NJ   07645-0420
Phone: (201) 505-6900
Fax: (201) 505-9810
Email:   nancy.zhang@csna.net


Dated: August 17, 2015

        Respectfully Submitted,

        NANCY J. GARGULA,
        United States Trustee

        */s/ Mark D. Skaggs*

        Mark D. Skaggs,
        Trial Attorney

## **CERTIFICATE OF SERVICE**

The Undersigned certifies that a copy of the foregoing **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** was served upon each of the Members of the Committee of Creditors Holding Unsecured Claims by enclosing same in an envelope addressed to such persons at the addresses set forth above as well as upon all other creditors appearing on the listing of twenty largest unsecured creditors attached hereto (those creditors serving on the Committee are **not** being served at the address on the attached list; rather, the service is at the address appearing above) and upon the Debtor at the address set forth below, with postage fully prepaid and deposited in the United States Postal Office mailbox in Peoria, Illinois.

All other interested parties, as listed below, who have entered their appearance electronically in this case will receive an electronic copy of the document through CM/ECF and are listed below:

- Karin H. Berg    karin.berg@kattenlaw.com
- Mark A Bogdanowicz    mbogdanowicz@howardandhoward.com, sessig@howardandhoward.com
- Alison M Gutierrez    alison.gutierrez@kutakrock.com, nancy.johnson@kutakrock.com
- John A Lipinsky    lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com;farrington@ccmlawyer.com
- Thomas W O'Neal    two@h2law.com, furban@howardandhoward.com
- Kenneth Jay Ottaviano    kenneth.ottaviano@kattenlaw.com
- Jeffrey D Richardson    jdrdec@aol.com
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

Debtor:    Trans Coastal Supply Company, Inc.
           2803 North 22nd Street
           Decatur, IL    62526

All on August 17, 2015.

*/s/ Mark D. Skaggs*

Mark D. Skaggs

Mark D. Skaggs, ARDC No.: 6210087
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, ext. 226
Fax: (309) 671-7857
Email: Mark.D.Skaggs@usdoj.gov

CHS, Inc.
NW 9365
P. O. Box 1450
Minneapolis, MN 55485

The Andersons Clymers
P. O. Box 119
Maumee, OH 43537

Gavilon Con Agra
24301 Network Place
Chicago, IL 60673-1234

JD Heiskell & Co.
20010 Manderson Street
Elkhorn , NE 68022

Three Rivers Ethanol
18137 CR 271
Coshocton, OH 43812

Commodity Specialist Company
55 Corporate Woods
Suite 115
Overland Park, KS 66210

Green Plains Trade Group, LLC
450 Regency Parkway
Omaha, NE 68114

Yang Ming (America) Corp
3025 Highland Parkway, Suite 850
Downers Grove, IL 60515

Cargill, Inc.
Attn: Paul Calahan
15407 McGinty East Rd. MS#20
Wayzata, MN 55391

Lansing Vermont
P. O. Box 741671
Atlanta, GA 30374-1671

Evergreen Line
823 Commerce Dr.
2nd Floor
Oak Brook, Illinois 60523

Aventine Renewable Energy, Inc.
P. O. Box 310363
Des Moines, IA 50331

Didion Ethanol
P. O. Box 400
Johnson Creek, WI 53038

Renewable Products Marketing
1157 Valley Park Dr
Shakopee, MN 55379

The Scoular Company
10801 Mastin Blvd.
Overland Park, KS 66210

Bunge North America
11720 Borman Drive
P. O. Box 28500
St. Louis, MO 63146

China Shipping (North America) Agency
Attn: Scott Levine
11 Philips Pkwy
Montvale, NJ 07645

Ceres Consulting, LLC
3808 Cookson Road
East St. Louis, IL 62201

Marquis Energy -Wisconsin
P. O. Box 349
Hennepin, IL 61327

Cosco Container Lines
333 E. Butterfield Road
Suite 830
Lombard, IL 60148